UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKAN CHAMEL MILLS,<br><br>        Plaintiff,<br><br>    v.<br><br>K. RATHER, et al.,<br><br>        Defendants. | No.: 1:21-cv-00977-NONE-SAB (PC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING ACTION</u><br><br>(Doc. No. 11) |

Plaintiff Jakan Chamel Mills is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff filed the instant action June 21, 2021.  On July 27, 2021, the court screened plaintiff's complaint, found that no cognizable claims were stated, and granted plaintiff thirty days to file an amended complaint.  (Doc. No. 8.)  Plaintiff filed a first amended complaint on August 5, 2021.  (Doc. No. 9.)  On August 6, 2021, the assigned magistrate judge issued findings and recommendations recommending that the action be dismissed for failure to state a cognizable claim for relief, failure to comply with a court order and failure to prosecute.  (Doc. No. 11.)  The findings and recommendations were served on plaintiff and contained notice that objections were due within fourteen days.  (*Id.* at 4.)  Plaintiff has not filed objections and the time to do so has passed.

///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on August 6, 2021, (Doc. No. 11), are adopted in full;
2. This case is dismissed for failure to state a cognizable claim for relief, failure to comply with a court order, and failure to prosecute; and
3. The Clerk of the Court is directed to assign a district judge to this action for purposes of closure and to close this case.

IT IS SO ORDERED.

Dated:   **September 17, 2021**

_____
UNITED STATES DISTRICT JUDGE